UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| BUDDY BIRDSONG, ) | |
| ) | |
| *Plaintiff,* ) | |
| v. ) | No. 4:07-cv-13 |
| ) | *Mattice/Carter* |
| SHERIFF MURRAY BLACKWELDER, ) | |
| NURSE BRENDA BURNS, LINCOLN ) | |
| COUNTY JAIL; ) | |
| ) | |
| *Defendants.* ) | |

## **MEMORANDUM**

Plaintiff Buddy Birdsong ("Birdsong") filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 [Court File No. 2]. On May 7, 2007, the Court issued an order directing Birdsong to complete the service packet and return it to the District Court Clerk within twenty (20) days of the date of receipt of the order. [Court File No. 5]. Birdsong was forewarned that failure to return the completed service packet within the time required could jeopardize his case.

Birdsong's failure to timely respond to the Court's Order results in a finding by the Court that Birdsong has failed to comply with its Order. Consequently, the Court will dismiss Birdsong's complaint for noncompliance with its Order.

Rule 41(b) of the Federal Rules of Civil Procedure allows a court to dismiss an action *sua sponte* for failure to prosecute or for failure to comply with the federal rules or any court order. This authority is based on the Court's inherent authority to control its docket and prevent undue delays in the disposition of pending cases.

1

Therefore, this action will be **DISMISSED** for Birdsong's failure to prosecute and to comply with the orders of this Court. Fed. R. Civ. P. 41(b); *Jourdan v. Jabe*, 951 F.2d 108 (6th Cir. 1991).

A judgment will enter.

`

       */s/Harry S. Mattice, Jr.*
       HARRY S. MATTICE, JR.
       UNITED STATES DISTRICT JUDGE